JOHN CALABRIA v. RENTALS UNLIMITED, INC.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JACKIE ROBINSON.

March 27, 1979. Petition for certification denied.

MADELINE KAHOLO v. MONMOUTH MEDICAL CENTER.

March 27, 1979. Petition for certification is granted; the judgment of the Appellate Division is summarily vacated, and the matter is remanded to the Superior Court, Chancery Division, for a reinstatement of the complaint and an expeditious completion of discovery.

NEW JERSEY STATE PAROLE BOARD v. WILLIAM A. SMITH.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MANNIE REYNOLDS.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE BLACK.

March 27, 1979. Petition for certification denied.